Erin Carney
Fee Exemption Request

My research project is described below. I am applying for a fee waiver to the district court case records in order to successfully complete my honors thesis for graduation. This case records are supposedly public record yet the fee makes these extremely inaccessible especially for students who have educational and living costs.

I am currently conducting research for my honors thesis at the University of Connecticut. I am researching gender bias in federal court sentencing and thus the federal court records of district court decisions are imperative as the data for this research. These records will provide case information and the sentences imposed which will allow me to make conclusions for my thesis. This thesis will only be submitted to the political science and honors department at Uconn and will not be redistributed on the internet or for commercial purposes. Completing a thesis is the final step in graduating with honors at my university and the lack of access to these case records is hindering my ability to complete my research.

I will need access to the district courts of Washington DC, Maine, New York, New Jersey, North Carolina, Mississippi, Ohio, Illinois, Nebraska, California, Montana, and Georgia. These states were chosen based on the median state based on partisan lean of each circuit as I am doing a cross circuit analysis of sentencing outcomes in order to look at possible jurisdictional differences. The states were chosen using partisan lean as I am looking at differences in sentences in both Republican and Democratic affiliated states. I am only using drug trafficking cases specifically the charge of conspiracy to distribute and possession with intent to distribute schedule II drugs which includes cocaine, methamphetamine, oxycodone, and fentanyl. I will only be using 2 cases from each of the states above; one male offender case and one female offender case with similar criminal histories and both charged with the above crime. I am also only looking for cases that were given a disposition between the years 2020-2023. In total, I will need 24 total cases. I do not know the exact 2 cases that I will be using from each state as I need to search for cases that meet the above requirements. I have done some research on possible cases based on the Department of Justice's press releases which describe recent cases. These press releases do not have enough cases available with the drug trafficking crime as they only show the most recent ones and thus the database with all cases from the district courts I am looking at are needed so I can pick cases that meet the needs of my controls for my research. Once I am able to search for the records, I will only be using 2 cases from each state listed above for a total of 24 cases.

I only need access to these district court records from December 16th, 2023- May 5th, 2024. Other than the exact cases, everything else is described and is limited in scope. Once again, a fee waiver is essential to remove the financial burden of accessing these **public** records.