# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

In Re: Erin Carney                                                                    Case No: 2:23-mc-358-JDL

## ORDER ON REQUEST FOR PACER FEE EXEMPTION

This matter is before the Court upon the application and request by Erin Carney for exemption from the fees imposed by the Electronic Public Access fee schedule adopted by the Judicial Conference of the United States Courts.

The Court finds that Erin Carney, an undergraduate student associated with the University of Connecticut, falls within the class of users listed in the Electronic Public Access Fee Schedule as being eligible for a fee exemption. Additionally, Erin Carney has demonstrated that an exemption is necessary in order to avoid unreasonable burdens and to promote public access to information.

Accordingly, Erin Carney shall be exempt from the payment of fees for access via PACER to the electronic case files maintained in this Court, to the extent such use is incurred in the course of conducting research into the study of gender disparities within federal court sentences.

Erin Carney shall not be exempt from the payment of fees incurred in connection with other uses of the PACER system in this Court. Additionally, the following limitations apply:

   I.   This fee exemption applies only to Erin Carney and is valid only for the purposes stated above.
   II.  This fee exemption applies only to the electronic case files of this Court that are available through the PACER system.
   III. By accepting this exemption, Erin Carney agrees not to sell for profit any data obtained as a result of receiving this exemption.
   IV.  Erin Carney is prohibited from transferring any data obtained as a result of receiving this exemption, including redistribution via internet-based databases.
   V.   This exemption is valid until May 8, 2024.

This exemption may be revoked at the discretion of the Court at any time. A copy of this Order shall be sent to the PACER Service Center.

Dated: December 12, 2023

JON D. LEVY
CHIEF U.S. DISTRICT JUDGE


By:   /s/ Christa K. Berry
CLERK OF COURT